COHEN & MALAD, LLP
Lynn A. Toops (admitted via *pro hac vice*)
Vess A. Miller
1 Indiana Square, Ste. 1400
Indianapolis, IN 46202
Telephone: (317) 636-6481
*ltoops@cohenandmalad.com*
*vmiller@cohenandmalad.com*

LIPPSMITH, LLP
Graham B. LippSmith
555 S. Flower Street, Suite 3000
Los Angeles, CA 90071
Telephone: (213) 344-1820
*g@lippsmith.com*

*ATTORNEYS FOR PLAINTIFF AND PROPOSED CLASSES*

*(additional attorneys listed on signature page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA JOHNSON, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>FLAGSTAR BANK, N.A. and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01626-MRA-SPx<br><br>**JOINT NOTICE AND STIPULATION OF SETTLEMENT AND AGREED STAY OF DEADLINES**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani |

//

//

//

- 1 -
JOINT NOTICE AND STIPULATION OF SETTLEMENT AND AGREED
STAY OF DEADLINES; Case No.: 5:23-cv-01626-MRA-SPx

## NOTICE OF SETTLEMENT AND JOINT STIPULATION

**TO THE COURT, ALL PARTIES, AND THE PARTIES' COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT** Plaintiff, Victoria Johnson, on behalf of herself and all others similarly situated ("Plaintiff"), along with Defendant, Flagstar Bank, N.A. ("Flagstar," and with Plaintiff, the "Parties"), jointly and respectfully hereby notify the Court that on July 31, 2024, the Parties reached an agreement in principle to settle this litigation. Counsel for the Parties are in the process of preparing the appropriate documentation for the settlement, including a formal individual settlement agreement and release.

Accordingly, the Parties stipulate as follows:

WHEREAS, on July 31, 2024, the Parties reached an agreement in principle to settle this litigation;

WHEREAS, the Parties are in the process of preparing and finalizing documentation of the agreement in principle to settle this litigation, including a formal individual settlement agreement and release;

WHEREAS, the Parties agree to finalize documentation of the agreement in principle to settle this litigation, including a formal individual settlement agreement and release, within 60 days of this Notice and Joint Stipulation;

WHEREAS, Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Parties agree to file any necessary documents to terminate the above-captioned action within 60 days of this Notice and Joint Stipulation;

WHEREAS, in the event the Parties are unable to finalize the documentation of the agreement in principle to settle this litigation, the Parties agree to immediately notify the Court;

WHEREAS, in the interest of judicial economy and conservation of resources, the Parties agree to stay all case dates and deadlines while they finalize the documents necessary to memorialize the agreement in principle to settle this litigation and terminate the above-captioned action;

**IT IS HEREBY STIPULATED AND AGREED THAT**:

1. The Parties shall to finalize documentation of the agreement in principle to settle this litigation, including a formal individual settlement agreement and release, within 60 days of this Notice and Joint Stipulation.

2. The Parties shall, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, file any necessary documents to terminate the above-captioned action within 60 days of this Notice and Joint Stipulation.

3. In the event the Parties are unable to finalize the documentation of the agreement in principle to settle this litigation, the Parties shall immediately notify the Court.

4. All case dates and deadlines shall be stayed while the Parties finalize their agreement in principle to settle the case and finalize the documents necessary to terminate the above-captioned action.

Dated: August 21, 2024

Respectfully submitted and agreed to by:

| | |
|---|---|
| COHEN & MALAD LLP | MAYER BROWN LLP |
| By: */s/ Vess A. Miller* <br> Vess A. Miller <br> *vmiller@cohenandmalad.com* <br> Lynn A. Toops <br> *ltoops@cohenandmalad.com* <br> COHEN AND MALAD LLP <br> 1 Indiana Square, Suite 1400 <br> Indianapolis, IN 46202 <br> Telephone (317) 636-6481 | By: */s/ Andrew J. Demko* <br> Andrew J. Demko (SBN 247320) <br> *ademko@mayerbrown.com* <br> MAX W. HIRSCH (SBN 301872) <br> mhirsch@mayerbrown.com <br> 333 South Grand Avenue, 47th Floor <br> Los Angeles, CA 90071-1503 <br> Telephone: (213) 229-9500 <br> Facsimile: (213) 625-0248 |
| Graham B. LippSmith <br> LIPPSMITH, LLP <br> Graham B. LippSmith <br> *g@lippsmith.com* <br> 555 S. Flower Street, Suite 3000 <br> Los Angeles, CA 90071 <br> Telephone: (213) 344-1820 | *Attorneys for Defendant,* <br> *Flagstar Bank, N.A.* |

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV
*gstranch@stranchlaw.com*
Marty Schubert
*mschubert@stranchlaw.com*
223 Rosa L. Parks Avenue, Suite 200

Nashville, TN 37203
Telephone: (615) 254-8801

JOHN STEINKAMP & ASSOCIATES
John Steinkamp
*john@johnsteinkampandasssociates.com*
309 W. 11th Street
Anderson, IN 46016
Telephone: (317) 526-1471

*Attorneys for Plaintiff Victoria Johnson and Proposed Class*

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Vess Miller, attest that all other signatories to this document concur in the content of, and have authorized, this filing.

/s/Vess A. Miller